IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES EDWARD NEWTON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-cv-288 (MTT) |
| CARL LIFT, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is Magistrate Judge Charles H. Weigle's Recommendation (Doc. 46) on the Defendants' Motion for Summary Judgment (Doc. 37). The Magistrate Judge recommends granting the Defendants' Motion because the "Plaintiff has failed to show there are genuine issues of material fact regarding [the] Defendants' alleged deliberate indifference to [the] Plaintiff's serious medical needs." (Doc. 46 at 1). The Plaintiff did not respond to the Defendants' Motion. Further, the Plaintiff did not object to the Recommendation.

The Court has reviewed the Defendants' Motion and the Magistrate Judge's Recommendation. The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court, and the Defendants' Motion for Summary Judgment is **GRANTED**.

**SO ORDERED**, this 22nd day of February, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT